Cooley Godward Kronish LLP
JOHN S. KYLE (199196) (jkyle@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:      (858)550-6000
Facsimile:      (858)550-6420

STEPHEN C. NEAL (170085) (nealsc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:      (650) 843-5000
Facsimile:      (650) 857-0663

JONATHAN G. GRAVES (Pro have Vice)
(jgraves@cooley.com)
NATHAN K. CUMMINGS(Pro have Vice)
(ncummings@cooley.com)
FRANK V. PIETRANTONIO (Pro have Vice)
(fpietrantonio@cooley.com)
JUSTIN WILCOX (Pro have Vice) (jwilcox@cooley.com)
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:      (703) 456-8000
Facsimile:      (703)456-8100

TRYN STIMART (Pro have Vice) (tstimart@cooley.com)
777 6TH Street NW, Suite 110
Washington, DC 20001
Telephone:      (202)842-7800
Facsimile:      (202)842-7899

Attorneys for Plaintiff
MULTIMEDIA PATENT TRUST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Multimedia Patent Trust,<br><br>                    Plaintiff,<br><br>v. | Case No.  10-CV-0146-JAH(CAB)<br><br>**CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANT THE WEATHER CHANNEL, INC. TO RESPOND TO MULTIMEDIA** |
| --- | --- |

10-CV-0146-JAH(CAB)                                    1.

**CONSENT MOTION TO EXTEND TIME FOR THE WEATHER CHANNEL, INC. TO RESPOND TO COMPLAINT**

| | |
|---|---|
| 1 | The Walt Disney Company; ABC Cable Networks Group; ABC, Inc.; American |
| 2 | Broadcasting Companies, Inc.; Buena Vista |
| 3 | Television; Buena Vista Productions; Disney/ABC International Television, Inc.; |
| 4 | ESPN Productions, Inc.; Buena Vista Home Entertainment, Inc.; Hollywood Pictures |
| 5 | Corp.; Miramax Film Corp.; Pixar Talking Pictures; Walt Disney Pictures; Walt Disney |
| 6 | Motion Pictures Group, Inc.; |
| 7 | |
| 8 | NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Hulu, LLC; iVillage, Inc.; |
| 9 | MSNBC Cable LLC; Oxygen Media, LLC; The Weather Channel, Inc.; Universal |
| 10 | Studios, LLC; USA Cable Entertainment LLC; |
| 11 | |
| 12 | AudioVox Corporation; |
| 13 | Toshiba America, Inc.; Toshiba America |
| 14 | Consumer Products, LLC; Toshiba America Information Systems, Inc.; |
| 15 | |
| 16 | Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century |
| 17 | Fox Home Entertainment, LLC; Twentieth Century Fox International Corp.; Twentieth |
| 18 | Century Fox Television, Inc.; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; |
| 19 | Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox |
| 20 | Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive |
| 21 | Media, Inc.; NGC Network US, LLC; NGHT, |
| 22 | Inc.; and |
| 23 | Bose Corporation, |
| 24 | Defendants. |

**PATENT TRUST'S COMPLAINT**

Plaintiff Multimedia Patent Trust ("MPT") advises the Court that it has consented to

Defendant The Weather Channel, Inc. ("TWC") having an extension of time to move, answer, or

otherwise respond to MPT's Complaint up to and including, Monday, March 29, 2010.  TWC was

CONSENT MOTION TO EXTEND TIME FOR
THE WEATHER CHANNEL, INC. TO
RESPOND TO COMPLAINT

1   served on January 22, 2010.  Its deadline to answer was originally February 12, 2010.  MPT

2   consented to TWC's request for a 30 day extension and the new deadline was Monday, March 15,

3   2010.  MPT has consented to TWC's request for an additional 14 day extension, making the new

4   deadline on Monday, March 29, 2010.  This request is not for dilatory purposes, but rather so that

5   the parties may explore settlement.  Further, this request is made for good cause and so that justice

6   may be served.

7        According to Local Rule 7.2, Proposed Order granting the relief requested has been

8   separately submitted.

9   Dated: March 12, 2010            COOLEY GODWARD KRONISH LLP

10

11                              STEPHEN C. NEAL (170085)
                             FRANK V. PIETRANTONIO
                             JONATHAN G. GRAVES

12                              NATHAN K. CUMMINGS
                             TRYN STIMART

13                              JUSTIN WILCOX
                             JOHN S. KYLE (199196)

14

15

16                              */s/John S. Kyle*

17                              John S. Kyle (199196)
                             (jkyle@cooley.com)

18                              Attorneys for Plaintiff
                             MULTIMEDIA PATENT TRUST

19

20

21   665666 v2/SD

22

23

24

25

26

27

28

        3.         **CONSENT MOTION TO EXTEND TIME FOR THE WEATHER CHANNEL, INC. TO RESPOND TO COMPLAINT**