```
 1  Cooley Godward Kronish LLP
    JOHN S. KYLE (199196) (jkyle@cooley.com)
 2  4401 Eastgate Mall
    San Diego, CA 92121
 3  Telephone:   (858)550-6000
    Facsimile:   (858)550-6420
 4

 5  STEPHEN C. NEAL (170085) (nealsc@cooley.com)
    Five Palo Alto Square
 6  3000 El Camino Real
    Palo Alto, CA  94306-2155
 7  Telephone:   (650) 843-5000
    Facsimile:   (650) 857-0663
 8
    JONATHAN G. GRAVES (Pro have Vice)
 9  (jgraves@cooley.com)
    NATHAN K. CUMMINGS(Pro have Vice)
10  (ncummings@cooley.com)
    FRANK V. PIETRANTONIO (Pro have Vice)
11  (fpietrantonio@cooley.com)
    JUSTIN WILCOX (Pro have Vice) (jwilcox@cooley.com)
12  One Freedom Square
    11951 Freedom Drive
13  Reston, VA 20190-5656
    Telephone:   (703) 456-8000
14  Facsimile:   (703)456-8100

15
    TRYN STIMART (Pro have Vice) (tstimart@cooley.com)
16  777 6TH Street NW, Suite 110
    Washington, DC 20001
17  Telephone:   (202)842-7800
    Facsimile:   (202)842-7899
18
    Attorneys for Plaintiff
19  MULTIMEDIA PATENT TRUST

20

21              UNITED STATES DISTRICT COURT

22              SOUTHERN DISTRICT OF CALIFORNIA

23

24
25  Multimedia Patent Trust,          Case No.  10-CV-0146-H(CAB)

26              Plaintiff,             PROOF OF SERVICE

27  v.

28
    The Walt Disney Company; ABC Cable
```

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Networks Group; ABC, Inc.; American Broadcasting Companies, Inc.; Buena Vista Television; Buena Vista Productions; Disney/ABC International Television, Inc.; ESPN Productions, Inc.; Buena Vista Home Entertainment, Inc.; Hollywood Pictures Corp.; Miramax Film Corp.; Pixar Talking Pictures; Walt Disney Pictures; Walt Disney Motion Pictures Group, Inc.; |
| 7<br>8<br>9<br>10 | NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Hulu, LLC; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; The Weather Channel, Inc.; Universal Studios, LLC; USA Cable Entertainment LLC; |
| 11<br>12 | AudioVox Corporation; |
| 13<br>14 | Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Information Systems, Inc.; |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment, LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox Television, Inc.; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, Inc.; and |
| 23<br>24 | Bose Corporation,<br>                    Defendants. |

25
26
27
28

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a

party to the within action.  My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121.  On the date set forth below I served the documents described below in the manner described below:

1.    **Consent Motion to Extend The Time for Defendant The Weather Channel, Inc. to Respond to Multimedia Patent Trust's Complaint; and**

2.    **[Proposed] Order Granting Consent Motion for Extension of Time to Defendant The Weather Channel, Inc. to Respond to Multimedia Patent Trust's Complaint**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| Gary Saidman (GSaidman@weather.com)<br>Attorney for The Weather Channel, Inc. | |

1  Executed on March 12, 2010, at San Diego, California.

*/s/ Amy M. Smith*
Amy M. Smith

662512 v1/SD