1  Juanita R. Brooks (SBN 75934)
   Lara S. Garner (SBN 234701)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, California 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  Attorneys for Defendant
   BOSE CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | MULTIMEDIA PATENT TRUST, | Case No. 3:10-cv-00146 JAH (CAB) |
|---|---|
11 | Plaintiff, | **BOSE'S NOTICE OF MOTION AND MOTION TO DISMISS MULTIMEDIA PATENT TRUST'S COMPLAINT PURSUANT TO RULE 12(b)(6)** |
12 | v. | |
13 | THE WALT DISNEY COMPANY, *et al.*, | |
14 | Defendants. | **JURY TRIAL DEMANDED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Bose Corporation ("Bose") will and hereby does move the Court to dismiss Multimedia Patent Trust's ("MPT") Complaint.

Plaintiff Multimedia Patent Trust's ("MPT") complaint fails to identify any accused product, any asserted claim, or any allegedly infringing act.  MPT does not even indicate whether it contends that the alleged infringement is direct, indirect, or both.  As such, Bose cannot reasonably prepare a response.  In its complaint, MPT alleges, without support, that Bose infringes "one or more claims" of the patents-in-suit "by making, using, offering to sell, selling and/or importing within the United States infringing products and/or services."  Moreover, MPT avers without basis that the alleged infringement is willful.  MPT's complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

The instant motion is based upon the Memorandum of Points and Authorities in Support of Bose's Motion to Dismiss (which accompanies this filing); the Federal Rules of Civil Procedure, the Civil Local Rules of the United States District Court for the Southern District of California, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

Dated:  March 15, 2010                               FISH & RICHARDSON P.C.

By:  /s/ Juanita R. Brooks
Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
Lara S. Garner (SBN 234701)
*lgarner@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendant
BOSE CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 15, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Juanita R. Brooks_____
Juanita R. Brooks
brooks@fr.com