| | |
|---|---|
| 1 | ERIC M. ACKER (CA SBN 135805) |
|   | MATTHEW R. DOBBINS (CA SBN 259709) |
| 2 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 3 | San Diego, California  92130-2040 |
|   | Telephone: 858.720.5100 |
| 4 | |
|   | VINCENT J. BELUSKO (CA SBN 100282) |
| 5 | NICOLE M. SMITH (CA SBN 189598) |
|   | MORRISON & FOERSTER LLP |
| 6 | 555 West Fifth Street |
|   | Los Angeles, California  90013-1024 |
| 7 | Telephone: 213.892.5200 |

8  Attorneys for Defendants Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment LLC; Twentieth Century Fox International
9  Corp.; Twentieth Century Fox Television; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC;
10  Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, LLC; NBC Universal, Inc.; Bravo Media LLC;
11  CNBC, Inc.; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; Universal Studios, LLC; USA Cable Entertainment, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMEDIA PATENT TRUST, | Case No.   10 CV 0146 JAH (CAB) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS (OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT) BY** Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox Television; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, LLC; NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; Universal Studios, LLC; USA Cable Entertainment, LLC |
| v. | |
| THE WALT DISNEY COMPANY, et al., | |
| Defendants. | |
| | Date: April 26, 2010 |
| | Time: 2:30 p.m. |
| | Location: Courtroom 11 |
| | The Honorable John A. Houston |

la-1065704

MOTION TO DISMISS
CASE NO. 10 CV 0146 JAH (CAB)

1  TO PLAINTIFF AND ITS ATTORNEYS OF RECORD, PLEASE TAKE NOTICE
2  THAT on April 26, 2010 at 2:30 p.m., or as soon thereafter as the matter may be heard, in
3  Courtroom 11 of the United States District Court for the Southern District of California, located
4  at 880 Front Street, San Diego, California, Honorable John Houston presiding, Defendants Fox
5  Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home
6  Entertainment LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox
7  Television; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.;
8  Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.;
9  MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US,
10 LLC; NGHT, LLC; NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; iVillage, Inc.;
11 MSNBC Cable LLC; Oxygen Media, LLC; Universal Studios, LLC; USA Cable Entertainment,
12 LLC (collectively "Defendants") will and hereby do move the above-named Court to enter an
13 order dismissing the Complaint filed by Plaintiff Multimedia Patent Trust against Defendants or,
14 in the alternative, to enter an order that Plaintiff Multimedia Patent Trust provide a more definite
15 statement to Defendants.
16     This Motion is supported by Defendants' Memorandum in Support of Defendants' Motion
17 to Dismiss (or, in the Alternative, for a More Definite Statement), all pleadings and papers filed in
18 this action, and such other matters as may be presented to the Court at the time of the hearing.
19 Dated: March 15, 2010

MORRISON & FOERSTER LLP

By: /s/
 ERIC M. ACKER
Attorneys for Defendants
Fox Entertainment Group, Inc.; Twentieth Century Fox
Film Corp.; Twentieth Century Fox Home Entertainment
LLC; Twentieth Century Fox International Corp.; Twentieth
Century Fox Television; Fox Searchlight Pictures, Inc.; Fox
Television Studios, Inc.; Blue Sky Studios, Inc.; Fox
Broadcasting Company; Fox News Network, LLC; Fox
Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie
Channel, Inc.; Fox Interactive Media, Inc.; NGC Network
US, LLC; NGHT, LLC; NBC Universal, Inc.; Bravo Media
LLC; CNBC, Inc.; iVillage, Inc.; MSNBC Cable LLC;
Oxygen Media, LLC; Universal Studios, LLC; USA Cable
Entertainment, LLC

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2010 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California, which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the final document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on March 15, 2010, at Los Angeles, California.

/s/  Eric M. Acker
ERIC M. ACKER