# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The Walt Disney Company; ABC Cable Networks Group; ABC, Inc.; American Broadcasting Companies, Inc.; Buena Vista Television; Buena Vista Productions; Disney/ABC International Television, Inc.; ESPN Productions, Inc.; Buena Vista Home Entertainment, Inc.; Hollywood Pictures Corp.; Miramax Film Corp.; Pixar Talking Pictures; Walt Disney Pictures; Walt Disney Motion Pictures Group, Inc.;<br><br>NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Hulu, LLC; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; The Weather Channel, Inc.; Universal Studios, LLC; USA Cable Entertainment LLC;<br><br>AudioVox Corporation;<br><br>Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Information Systems, Inc.; | Case No.  10-CV-0146-JAH(CAB)<br><br>**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO DEFENDANT THE WEATHER CHANNEL, INC. TO RESPOND TO MULTIMEDIA PATENT TRUST'S COMPLAINT** |

**10-CV-0146-JAH(CAB)**　　　　　　　　1.

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment, LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox Television, Inc.; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, Inc.; and<br><br>Bose Corporation,<br><br>            Defendants. |

On the Consent Motion to Extend the Time for Defendant The Weather Channel, Inc. ("TWC") to Respond to Multimedia Patent Trust's Complaint, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, that the Consent Motion to Extend the Time to Respond is granted and that TWC has to and including March 29, 2010 to move, answer or otherwise respond to Plaintiff Multimedia Patent Trust's Complaint.

**IT IS SO ORDERED.**

Dated:  March 23, 2010

                                                      JOHN A. HOUSTON, District Judge
                                                      UNITED STATES DISTRICT COURT