UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>Plaintiff,<br><br>v.<br><br>The Walt Disney Company; ABC Cable Networks Group; ABC, Inc.; American Broadcasting Companies, Inc.; Buena Vista Television; Buena Vista Productions; Disney/ABC International Television, Inc.; ESPN Productions, Inc.; Buena Vista Home Entertainment, Inc.; Hollywood Pictures Corp.; Miramax Film Corp.; Pixar Talking Pictures; Walt Disney Pictures; Walt Disney Motion Pictures Group, Inc.;<br><br>NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Hulu, LLC; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; The Weather Channel, Inc.; Universal Studios, LLC; USA Cable Entertainment LLC;<br><br>AudioVox Corporation;<br><br>Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Information Systems, Inc.; | Case No. **10-CV-0146-JAH(CAB)**<br><br>**ORDER GRANTING CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANT THE WEATHER CHANNEL, INC. TO RESPOND TO MULTIMEDIA PATENT TRUST'S COMPLAINT AND FOR MULTIMEDIA PATENT TRUST TO AMEND ITS COMPLAINT AS OF RIGHT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment, LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox Television, Inc.; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, Inc.; and<br><br>Bose Corporation,<br>Defendants. |

The Court has considered the Consent Motion for Extension of Time for Defendant The Weather Channel ("TWC") to Respond to Multimedia Patent Trust's Complaint and for Multimedia Patent Trust to amend its complaint as of right. The Court is of the opinion that the Motion should be GRANTED, and it is therefore,

ORDERED, that the Consent Motion to Extend the Time to Respond is granted and that Multimedia Patent Trust has to and including two weeks after MPEG LA makes its determination regarding whether the patents-in-suit are "MPEG-2 Essential Patents" or are "MPEG-2 Systems Essential Patents" to amend its complaint as of right and that TWC, has to and including three weeks after MPEG LA makes its MPEG-2 Essentiality determination to move, answer or otherwise respond to Plaintiff Multimedia Patent Trust's Complaint, or if Multimedia Patent Trust files an amended complaint, until three weeks after the filing of that amended complaint to move, answer or otherwise respond to that amended complaint.

**IT IS SO ORDERED.**

Dated: April 9, 2010

John A. Houston, District Judge
UNITED STATES DISTRICT COURT

10-CV-0146-JAH(CAB)  2.