1

COOLEY LLP
JOHN S. KYLE (199196) (jkyle@cooley.com)

2

4401 Eastgate Mall
San Diego, CA 92121

3

Telephone:      (858)550-6000
Facsimile:       (858)550-6420

4

STEPHEN C. NEAL (170085) (nealsc@cooley.com)

5

Five Palo Alto Square
3000 El Camino Real

6

Palo Alto, CA  94306-2155
Telephone:      (650) 843-5000

7

Facsimile:       (650) 857-0663

8

FRANK V. PIETRANTONIO (Pro hac vice) (fpietrantonio@cooley.com)
JONATHAN G. GRAVES (Pro hac vice)  (jgraves@cooley.com)

9

NATHAN K. CUMMINGS(Pro hac vice) (ncummings@cooley.com)
One Freedom Square

10

11951 Freedom Drive
Reston, VA 20190-5656

11

Telephone:      (703) 456-8000
Facsimile:       (703)456-8100

12

Attorneys for Plaintiff

13

MULTIMEDIA PATENT TRUST

14

15

UNITED STATES DISTRICT COURT

16

SOUTHERN DISTRICT OF CALIFORNIA

17

18

Multimedia Patent Trust,

Case No.  3:10-cv-00146-JAH-CAB

19

Plaintiff,

20

v.

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL OF THE
TOSHIBA DEFENDANTS WITHOUT
PREJUDICE PURSUANT TO
FEDERAL RULE 41(a)(1)(A)(i)**

21

22

The Walt Disney Company; ABC Cable
Networks Group; ABC, Inc.; American

23

Broadcasting Companies, Inc.; Buena Vista
Television; Buena Vista Productions;

24

Disney/ABC International Television, Inc.;
ESPN Productions, Inc.; Buena Vista Home

25

Entertainment, Inc.; Hollywood Pictures
Corp.; Miramax Film Corp.; Pixar Talking

26

Pictures; Walt Disney Pictures; Walt Disney
Motion Pictures Group, Inc.;

27

28

NBC Universal, Inc.; Bravo Media LLC;

**Case No.  10-CV-0146-JAH-CAB**                     1.          **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
                                                                THE TOSHIBA DEFENDANTS**

1  CNBC, Inc.; Hulu, LLC; iVillage, Inc.;
2  MSNBC Cable LLC; Oxygen Media, LLC;
   The Weather Channel, Inc.; Universal
3  Studios, LLC; USA Cable Entertainment
   LLC;
4
   AudioVox Corporation;
5
6  Toshiba America, Inc.; Toshiba America
   Consumer Products, LLC; Toshiba America
7  Information Systems, Inc.;

8  Fox Entertainment Group, Inc.; Twentieth
   Century Fox Film Corp.; Twentieth Century
9  Fox Home Entertainment, LLC; Twentieth
   Century Fox International Corp.; Twentieth
10 Century Fox Television, Inc.; Fox Searchlight
   Pictures, Inc.; Fox Television Studios, Inc.;
11 Blue Sky Studios, Inc.; Fox Broadcasting
   Company; Fox News Network, LLC; Fox
12 Cable Networks, Inc.; MyNetworkTV, Inc.;
13 Fox Movie Channel, Inc.; Fox Interactive
   Media, Inc.; NGC Network US, LLC; NGHT,
14 Inc.; and

15 Bose Corporation,
16
                    Defendants.
17

18      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

19 Multimedia Patent Trust, by counsel, hereby voluntarily dismisses WITHOUT PREJUDICE

20 Defendants Toshiba America, Inc., Toshiba America Consumer Products, LLC and Toshiba

21 America Information Systems, Inc. from this action.

22

23 Dated:  June 30, 2010                Respectfully submitted,

24                                      COOLEY LLP

25                                      */s/John S. Kyle*
                                        John S. Kyle (199196)
26                                      (jkyle@cooley.com)
                                        Attorneys for Plaintiff
27                                      MULTIMEDIA PATENT TRUST

28
   **Case No.  10-CV-0146-JAH-CAB**        2.        **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
                                                     THE TOSHIBA DEFENDANTS**