| | |
|---|---|
| 1 | COOLEY LLP<br>JOHN S. KYLE (199196) (jkyle@cooley.com) |
| 2 | 4401 Eastgate Mall<br>San Diego, CA 92121 |
| 3 | Telephone:     (858)550-6000<br>Facsimile:      (858)550-6420 |
| 4 | |
| 5 | STEPHEN C. NEAL (170085) (nealsc@cooley.com)<br>Five Palo Alto Square |
| 6 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 7 | Telephone:     (650) 843-5000<br>Facsimile:      (650) 857-0663 |
| 8 | Attorneys for Plaintiff<br>MULTIMEDIA PATENT TRUST |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Multimedia Patent Trust,<br><br>              Plaintiff,<br><br>v.<br><br>The Walt Disney Company; ABC Cable Networks Group; ABC, Inc.; American Broadcasting Companies, Inc.; Buena Vista Television; Buena Vista Productions; Disney/ABC International Television, Inc.; ESPN Productions, Inc.; Buena Vista Home Entertainment, Inc.; Hollywood Pictures Corp.; Miramax Film Corp.; Pixar Talking Pictures; Walt Disney Pictures; Walt Disney Motion Pictures Group, Inc.;<br><br>NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Hulu, LLC; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; The Weather Channel, Inc.; Universal Studios, LLC; USA Cable Entertainment LLC;<br><br>AudioVox Corporation;<br><br>Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Information Systems, Inc.; | Case No.  3:10-cv-00146-JAH-CAB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE 41(a)(1)(A)(i)** |
|---|---|

Case No.  10-CV-0146-JAH-CAB          1.          **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

| | |
|---|---|
| Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment, LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox Television, Inc.; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, Inc.; and<br><br>Bose Corporation,<br><br>                    Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Multimedia Patent Trust, by counsel, hereby voluntarily dismisses WITHOUT PREJUDICE the following defendants from this action:

- Bose Corporation
- ABC Cable Networks Group
- ABC, Inc.
- Buena Vista Television
- Buena Vista Productions
- Disney/ABC International Television, Inc.
- ESPN Productions, Inc.
- Pixar Talking Pictures
- iVillage, Inc.
- Twentieth Century Fox International Corp.
- Twentieth Century Fox Television, Inc.

Dated:  August 4, 2010                    Respectfully submitted,

                                          COOLEY LLP

                                          */s/John S. Kyle*
                                          John S. Kyle (199196)
                                          (jkyle@cooley.com)
                                          Attorneys for Plaintiff
                                          MULTIMEDIA PATENT TRUST

Case No.  10-CV-0146-JAH-CAB            2.        PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS