UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust,<br><br>             Plaintiff,<br><br>v.<br><br>The Walt Disney Company; ABC Cable Networks Group; ABC, Inc.; American Broadcasting Companies, Inc.; Buena Vista Television; Buena Vista Productions; Disney/ABC International Television, Inc.; ESPN Productions, Inc.; Buena Vista Home Entertainment, Inc.; Hollywood Pictures Corp.; Miramax Film Corp.; Pixar Talking Pictures; Walt Disney Pictures; Walt Disney Motion Pictures Group, Inc.;<br><br>NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Hulu, LLC; iVillage, Inc.; MSNBC Cable LLC; Oxygen Media, LLC; The Weather Channel, Inc.; Universal Studios, LLC; USA Cable Entertainment LLC;<br><br>AudioVox Corporation;<br><br>Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Information Systems, Inc.; | Case No. **10-CV-0146-JAH(CAB)**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR PLAINTIFF MULTIMEDIA PATENT TRUST TO AMEND ITS COMPLAINT AND FOR DEFENDANT THE WEATHER CHANNEL, INC. TO RESPOND** |

Fox Entertainment Group, Inc.; Twentieth Century Fox Film Corp.; Twentieth Century Fox Home Entertainment, LLC; Twentieth Century Fox International Corp.; Twentieth Century Fox Television, Inc.; Fox Searchlight Pictures, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Company; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Interactive Media, Inc.; NGC Network US, LLC; NGHT, Inc.; and

Bose Corporation,

                Defendants.

Upon consideration of the Joint Motion to Extend Time for Plaintiff Multimedia Patent Trust to file its Amended Complaint, the Court finds the Joint Motion should be GRANTED.

IT IS HEREBY ORDERED, that Plaintiff Multimedia Patent Trust has up to and including Wednesday, August 4, 2010 to file an amended complaint, and TWC shall have four weeks after the filing of the Amended Complaint to move, answer or otherwise respond to the amended complaint.

**IT IS SO ORDERED.**

Dated: August 5, 2010

                                            John A. Houston
                                            United States District Judge