UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMEDIA PATENT TRUST,<br><br>  Plaintiff,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>  Defendants. | Civil No.   10cv0146-H (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On January 11, 2011, the Court held a status conference with Plaintiff and Defendant Arvato Digital Service, LLC ("Arvato"), and the parties informed the Court the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal of Arvato shall be electronically filed on or before **February 3, 2011**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Marilyn L. Huff, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before February 3, 2011, then a Settlement Disposition Conference shall be

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

held on **February 4, 2011**, at **9:00 a.m.** before Judge Bencivengo.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before February 3, 2011, the Settlement Disposition Conference shall be vacated.

DATED:  January 11, 2011

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge