COOLEY LLP
JOHN S. KYLE (199196)
jkyle@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

STEPHEN C. NEAL (170085)
nealsc@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

FRANK V. PIETRANTONIO (*pro hac vice*)
fpietrantonio@cooley.com
JONATHAN G. GRAVES (*pro hac vice*)
jgraves@cooley.com
NATHAN K. CUMMINGS (*pro hac vice*)
ncummings@cooley.com
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100

Attorneys for Plaintiff
MULTIMEDIA PATENT TRUST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Multimedia Patent Trust, <br><br> Plaintiff, <br><br> v. <br><br> NBC Universal, Inc., et al., <br><br> Defendants. | Case No. 10-CV-0146-H (CAB) <br><br> **JOINT MOTION FOR THE DISMISSAL OF THE NBC UNIVERSAL DEFENDANTS** <br><br> Judge: Hon. Marilyn L. Huff |

1  **WHEREAS,** on January 19, 2010, Plaintiff Multimedia Patent Trust ("MPT") filed a Complaint in the United States District Court for the Southern District of California commencing Civil Action No. 10-CV-0146 H (CAB) (the "Action"); on October 4, 2010, MPT filed its Second Amended Complaint against NBC Universal, Inc.; Bravo Media LLC; CNBC, Inc.; Focus Features LLC; MSNBC Cable L.L.C.; Oxygen Media, LLC; Universal City Studios LLLP; Universal Studios Home Entertainment LLC; USA Cable Entertainment LLC (the "NBC Universal Defendants") and other defendants; on March 24, 2011, the NBC Universal Defendants filed their Second Amended Answer and Counterclaims; and on March 25, 2011, MPT filed its Reply to the NBC Universal Defendants' Counterclaims.

**NOW, THEREFORE,** MPT and the NBC Universal Defendants jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by MPT against the NBC Universal Defendants and all counterclaims asserted by the NBC Universal Defendants against MPT are dismissed WITHOUT PREJUDICE;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action; and

3. All unresolved pending motions in this Action between MPT and the NBC Universal Defendants shall be denied as moot.

Dated: April 18, 2011

Respectfully submitted,

COOLEY LLP
JOHN S. KYLE (199196)
STEPHEN C. NEAL (170085)
FRANK V. PIETRANTONIO (*pro hac vice*)
JONATHAN G. GRAVES (*pro hac vice*)
NATHAN K. CUMMINGS (*pro hac vice*)

MORRISON & FOERSTER LLP
ERIC M. ACKER (135805)
VINCENT J. BELUSKO (100282)
NICOLE M. SMITH (189598)

*/s/ Nathan K. Cummings*
Nathan K. Cummings

*/s/ Vincent J. Belusko*
Vincent J. Belusko

Attorneys for Plaintiff
MULTIMEDIA PATENT TRUST

Attorneys for NBC Universal Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 18, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ *Nathan K. Cummings*
Nathan K. Cummings
COOLEY LLP
ncummings@cooley.com
One Freedom Square
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100