# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIMEDIA PATENT TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> THE WALT DISNEY CO., et al., <br><br> Defendants. | CASE NO. 10-CV-0146-H (RBB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS THE ACTION AS TO THE FOX DEFENDANTS** |

On March 22, 2012, Plaintiff Multimedia Patent Trust ("MPT") and the Fox Defendants[1] filed a joint motion to dismiss the action with prejudice as to the claims asserted by MPT against the Fox Defendants, and to dismiss without prejudice all defenses and counterclaims asserted by the Fox Defendants against MPT. (Doc. No. 426.) The Court, for good cause shown, grants the parties' joint motion and dismisses the action with prejudice as to all claims asserted by MPT against the Fox Defendants, and without prejudice as to all defenses and counterclaims asserted by the Fox Defendants against MPT.

**IT IS SO ORDERED**.

Dated: March 23, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] The Fox Defendants comprise the following parties: Twentieth Century Fox Home Entertainment, LLC; Twentieth Century Fox Film Corp.; Fox Searchlight Pictures, Inc.; Fox Television Stations, Inc.; Fox Television Studios, Inc.; Blue Sky Studios, Inc.; Fox Broadcasting Co.; Fox News Network, LLC; Fox Cable Networks, Inc.; MyNetworkTV, Inc.; Fox Movie Channel, Inc.; Fox Entertainment Group, Inc.; Fox Interactive Media, Inc.; FX Networks, LLC; NGC Network US, LLC; and NGHT, LLC.